UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| IN RE: TESTOSTERONE REPLACEMENT THERAPY PPRODUCTS LIABILITY LITIGATION | MDL NO: 2545 |
|---|---|
| **Bobby and Bonnie Luster v. Eli Lilly and Company, et al., Case No. 1:16-cv-03808** | **Master Docket Case No. 1:14-cv-01748** Hon. Judge Matthew F. Kennelly |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff's Counsel now affirms to the Court that Plaintiff, Bobby Luster has been advised of his obligation under the Case Management Orders. Plaintiff's counsel communicated to Plaintiff on November 13, 2018, January 9, 2019, January 16, 2019, February 14, 2019 and again on September 26, 2019 that his claim did not meet the criteria for the settlement program based on his medical records showing a gap in usage of the product from September 6, 2013 to March 29, 2015 which exceeds the 90 day usage criteria. Plaintiff's counsel sent plaintiff his full and complete file on February 14, 2019 and advised him that he was free to consult with other counsel since he disagreed with our position on the viability of his claim. Plaintiff's counsel sent correspondence on September 26, 2019 advising Plaintiff of his obligations and providing copies of Defendants' Motion for and an Order to Show Cause.

Plaintiff's counsel has reviewed plaintiff's medical records, pharmacy records and Plaintiff's executed fact sheet which illustrates the gap in usage and explained to plaintiff the issues with proving his case due to among other things the gap in his usage. Plaintiff has told counsel he has not consulted with other counsel. Accordingly, due to the lack of supportive documentation for the claim and Plaintiff's refusal to consult other counsel or alternatively authorize dismissal of the claim, Plaintiff's Counsel has no grounds to object to Defendant's Motion.

Dated: October 16, 2019                                          Respectfully Submitted,

/s/ Kenneth M. Rothweiler
Kenneth M. Rothweiler, Esquire
EISENBERG, ROTHWEILER
WINKLER, EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Phone: (215) 546-6636
Facsimile: (215) 546-3941
Ken@erlegal.com

**Certificate of Service**

I Kenneth M. Rothweiler, hereby certify that on October 16, 2019 , the forgoing document was filed via the Court's CM/ECF system which will automatically serve and send notification to all registered attorneys of record.

/s/ Kenneth M. Rothweiler